WINSLOW v. WOOD et al. (Supreme Court, Appellate Division, Fourth Department. May 28, 1913.) Action by Bradley Winslow against Geo. M. Wood and others, as and constituting

the firm of N. Wood & Sons, impleaded with others. No opinion. Judgment affirmed, with costs.